UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

- against -

25-CR-340 (DG)(MMH)

ERIC ZHU
-------------------------------------------------------X
MARCIA M. HENRY, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE MARCIA M. HENRY

United States Magistrate Judge Marcia M. Henry has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Marcia M. Henry. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Marcia M. Henry.

_____
ERIC ZHU
Defendant

_____
Patrick J. Campbell
Assistant United States Attorney

_____
Scott Tulman, Esq.
Attorney for the Defendant

By: _Joseph Nocella, Jr._
United States Attorney

s/ MMH
_____
Honorable Marcia M. Henry
United States Magistrate Judge

Dated: November 18, 2025
Brooklyn, New York