UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America

        v.                                      **ORDER**
                                            25-CR-00340 (DG)

Eric Zhu,

                      Defendant.
-----------------------------------------------------------X
DIANE GUJARATI, United States District Judge:

       The Court has reviewed the transcript of the plea hearing of Defendant Eric Zhu before Magistrate Judge Marcia M. Henry on November 18, 2025 and hereby finds that the defendant, understanding his rights and the consequences of his plea of guilty, knowingly and voluntarily entered a plea of guilty to Count One of the Information in the above-captioned case (the sole Count). The Court further finds that there is a factual basis for the plea. The Court hereby accepts the plea of guilty of Defendant Eric Zhu.

       SO ORDERED.

                                                            */s/ Diane Gujarati*
                                                             DIANE GUJARATI
                                                             United States District Judge

Dated:  December 16, 2025
           Brooklyn, New York