

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2022R00297

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2026

BY ECF

The Honorable Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Eric Zhu
     Criminal Docket No. 25-340 (DG)

Dear Judge Gujarati:

  The government respectfully writes on behalf of the parties in response to the Court's January 29, 2026 order and to indicate that the parties have no objection to the U.S. Probation Department's request to adjourn the March 10, 2026 sentencing hearing in the above-referenced case.

           Respectfully submitted,

           LORINDA LARYEA
           Chief, Fraud Section
           Criminal Division
           U.S. Department of Justice

        By: */s Patrick J. Campbell*
           Patrick J. Campbell
           Leonid Sandlar
           Trial Attorneys, Fraud Section
           Criminal Division
           U.S. Department of Justice
           (202) 262-7067

cc: Clerk of Court (DG) (by email)
   Counsel of record (by ECF)