LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

March 10, 2026

Honorable Diane Gujarati
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Eric Zhu</u>
              25 Cr. 340 (DG)

Dear Judge Gujarati:

    I am Eric Zhu's attorney. Mr. Zhu is scheduled to be sentenced on April 7, 2026. Pursuant to the Court's Individual Rules VIII (B), I respectfully request a thirty-day adjournment of Mr. Zhu's sentencing to May 6, 7, or 8, 2026, with a corresponding extension of the time for the parties to submit sentencing memoranda in accordance with Rule VIII(A).

    I make this request because the defense requires additional time to complete its investigation and obtain additional, relevant materials in connection with sentencing. Defense counsel has timely sought but has yet to receive and review these materials that need to be appropriately incorporated into the defense sentencing submission.

    The defense has made no prior requests for adjournments or extensions. The Department of Probation's prior request for an adjournment was granted.

    The Government consents to this request.

                                                               Respectfully submitted,

                                                               Scott B. Tulman

SBT:ss