LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

SUBMITTED *EX PARTE*

March 13, 2026

Honorable Diane Gujarati
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: United States v. Eric Zhu
    25 Cr. 340 (DG)

Dear Judge Gujarati:

  Defendant Eric Zhu is scheduled to be sentenced on May 19, 2026. As part of the defense investigation for sentencing, I sought from Probation Officer Nicole Gervase a copy of the medical records for Eric Zhu that PO Gervase had obtained as part of her presentence investigation. PO Gervase informed me that she would be happy to provide them, but unfortunately, a court order was required for her to release the records of her confidential investigation to me, making this letter motion necessary.

  Accordingly, I respectfully request the Court endorse this request and order that Probation Officer Nicole Gervase provide to Mr. Zhu's defense counsel a copy of the medical records for Mr. Zhu that PO Gervase obtained as part of her investigation and pursuant to Mr. Zhu's authorization.

  I submit this letter motion *ex parte* because it relates to the defense investigation.

      Respectfully submitted,

      Scott B. Tulman

SBT:ss
cc:  PO Nicole Gervase