April 28th, 2026

The Honorable Diane Gujarati
U.S. District Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Eric Zhu (0207 1:25CR00340-001(DG))

Dear Judge Gujarati,

I write to memorialize my investigation into Mr. Eric Zhu and his family, and to provide a summary of his personal history to this court.

Mr. Eric Zhu ("Eric") was born at Bellevue Hospital on May 30th, 1997. He is the first son to his parents Guang Hao Zhu ("Guang Hao") and Xuejin Zheng ("Xuejin"). He has a younger sister Judy Zhu ("Judy") and brother Andy Zhu ("Andy"). Zhu's parents lived and worked in Chinatown, Manhattan after their arrival in the United States in 1990.

Guang Hao and Xuejin emigrated from the Fujian province in China, one of the five poorest regions in the country. Due to its proximity to Taiwan and coastal access, Fujian was selected as an SEZ or "special economic zone" in 1980 in order to promote the growth of industry and trade[1]. Despite increased development in recent years, half of the population lives and works in rural areas, and Fujianese represent an inordinate number of Chinese living abroad[2].

Guang Hao and Xuejin are the youngest and second youngest children in their respective families of origin. Their eldest brothers farmed the land from the time they could stand, harvesting produce to eat and trade. Guang Hao and Xuejin emigrated because they "had too many siblings", and there was "not enough food". Guang Hao's oldest brother Yi Xin Zhu ("Yi Xin") was "like a God" to him. Guang Hao attributes his success and status to Yi Xin, who supported the family in China when Guang Hao came to the states. When Yi Xin died of COVID in 2021, Guang Hao was inconsolable. He drank himself to sleep for months. It was the first time Eric had seen his father cry.

Guang Hao and Xuejin held jobs in food service and factories in Manhattan until they were able to buy their own restaurant, Fu Ke Yuan, at 84 Eldridge Street. A friend recommended they buy the space, and they spent every cent they had on it. They kept the restaurant open over twenty hours on most days, and sometimes around the clock; feeding garment and construction workers in the early morning hours, and party-goers overnight. They didn't kick anyone out in order to close, even if they only purchased a beer and nursed it for hours. Their relentless work ethic was driven not only by the need to financially support

---

[1] Zeng, D. (2012). China's special economic zones and industrial clusters: successes and challenges. *Lincoln institute of land policy.* Retrieved from: https://www.lincolninst.edu/app/uploads/legacy-files/pubfiles/2261_1600_Zeng_WP13DZ1.pdf
[2] Falkenheim, V.C., Hung, F.F. (2026, April 5). *Fujian. Encyclopedia Britannica.* Retrieved from https://www.britannica.com/place/Fujian

their original and nuclear families, but by a deep reverence to the sacrifices made by their siblings.

Eric and his siblings were sent to live in China when they were very young, Eric between the ages of 1 and 3, so his parents could run Fu Ke Yuan. Eric lived with Yi Xin, his grandmother and cousins in Fujian. While Eric lived in the rural environment his parents grew up in, his siblings were sent to more suburban and even urban settings. He remembers playing in a broken tractor and an old truck, chasing cats and dogs, and picking fruits and vegetables.

When they returned to the United States, Eric and Judy lived with their parents for years in a rented two-bedroom, one-bathroom apartment on Orchard Street, cohabiting with six other family members, including their grandparents and cousins. The siblings shared a bottom bunk so their top bunk could be used to store clothes. They spent all of their free time at the restaurant.

Eric worked at Fu Ke Yuan from the ages of 5 to 15. When asked how their very young son came to work at the restaurant, Guang Hao and Xuejin explained that Eric was a very obedient and "filial" child, who wanted to help his parents. In Eric's words: "it was not taught, it was just the path". At first, he assisted with small tasks. He might pluck a lobster out of the tank and bring it downstairs to be cooked, or serve sodas if his parents were busy. Eventually, after school and every weekend day, Eric and Judy were taking orders and making deliveries. They quickly became adept at handling money, and savvy in terms of picking deliveries. For example, they learned that local underground gambling dens tipped well, as did tables who bought alcohol. Eric and Judy stored the tips they were allowed to keep in a candy jar in their room.

What Guang Hao and Xuejin were referencing is the concept of "filial piety", the foundational Confucian ideal of honoring one's elders through duty, and upholding the family reputation. Filial piety (xiào, 孝) is the core pillar of Confucian ethics. It specifies moral norms that encompass material and emotional aspects of the parent–child relationship. The character xiao is even comprised of an upper component representing age and a lower component representing child, indicating that the child supports and succeeds the parent[3]. Modern psychologists apply the concept in a modern framework called the dual filial piety model (of DFPM), in order to understand its functional impact on parent-child relationships. Often observed is an authoritarian dynamic between parent and child, where personal needs may be shelved in deference to parental expectations. This is more commonly experienced by male children, and is associated with higher levels of stress[4]. Responsibilities often fall to sons, with eldest sons being simultaneously held in highest regard, and to the highest standard in meeting cultural expectations. Combined with Guang Hao and Xuejin's ingrained "communist mentality", where children were essential to performing functions of domestic labor, there was no question that Eric would participate in any and all work to ensure the family's livelihood.

Xuejin used corporal punishment as a tool of discipline. If Eric made a mess or played with his food, he would be hit. This was commonplace for as long as he can remember, and he considers physical abuse to be a normalized part of childhood in a traditional Chinese, not American, home. Eric was well behaved in

---

[3] Ho, D. Y., & Bond, M. H. (1986). The psychology of the Chinese people.
[4] Bedford, O., & Yeh, K. H. (2019). The History and the Future of the Psychology of Filial Piety: Chinese Norms to Contextualized Personality Construct. *Frontiers in psychology*, *10*, 100. https://doi.org/10.3389/fpsyg.2019.00100

the sense that he dutifully obeyed his parents. To demonstrate this, his parents shared an example; "if we told Eric to stop crying, he stopped". Eric internalized his parents' discipline and cited his own behavior as the cause for being spanked.

In addition to restaurant work, Eric and Judy were tasked with sticking fake authentication labels on the illegal cigarettes their parents sold. At age 6, Judy recalls her uncle and father being arrested for this, and afterward helping her mother hide the stash they kept at the house. Guang Hao and Xuejin also sent Eric and Judy out to spy on new restaurants popping up in the neighborhood, to gather information about the crowds, prices, and what dishes they offered. They learned that competition existed, and there were active threats to the survival of their restaurant, which had become a dwindling means of support for the Zhu family.

Guang Hao never learned English fluently, and he insisted that Eric serve as his translator. Guang Hao often said, "the more you know, the stupider you are" and he used that as his excuse to involve his son in affairs he could not or did not want to handle. Even from age 5 or 6, Eric was expected to be present during yearly and surprise restaurant inspections, to answer the health inspectors' questions, and to lie, if necessary, to avoid fines or closure. On the day of his middle school placement exams, 10-year-old Eric was pulled out of school by his frantic father and rushed to the Fu Ke Yuan restaurant to translate for a surprise health inspection. Eric missed the test.

During one such assessment, for example, Eric recalls the health inspector identifying a mouse dropping. Guang Hao picked it up and placed it in his mouth. "Tea leaves", he asked Eric to translate. Fine avoided, Guang Hao waited until the health inspector left before spitting out what was in fact, fecal matter. He then washed his mouth out without fan fare, and continued working.

Eric resented working at Fu Ke Yuan day and night. He and Judy had to walk by Seward Park during the day and watch other children play while they went to work at the restaurant and then at night when the restaurant got busy. On the rare occasion that Eric protested and locked himself in his room rather than go to the restaurant, he usually relented so as to not leave Judy working by herself. At the restaurant, things moved fast, but on the rare occasions that the family spent time together at home, Guang Hao and Xuejin fought about money because, as hard as they were working, Fu Ke Yuan was losing money.

When they sold the restaurant in 2011, Eric, then 14 years old, was elated. Now in high school, this presented him with an opportunity to live his own life free from the pressures of constant restaurant work. However, the feeling of relief shortly passed as his parents' fights escalated over finances. Eric does not remember a time when they were not screaming at each other. With more free time, Xuejin occasionally spent quality time with her children, but Guang Hao did not, as he disappeared, sometimes for days on end, to gamble in Atlantic City or Pennsylvania. Xuejin had to hide money in the house from Guang Hao because of his gambling problem, and ultimately, intervention by Yi Xin was required to stop him.

When Guang Hao opened his first adult day care centers, his lack of understanding of English, business, insurance and tax law, put the business in immediate peril. Eric remained staunchly against working at the daycare. But Guang Hao pestered him constantly about his obligations to his family and the need for Eric to do what was required of him. Without his translator and fixer, Guang Hao was not making informed

3

decisions, and the business was losing money. By the first or second year of operation, it was clear that Guang Hao was unable to operate the business and would lose it, leaving the family with nothing.

To Guang Hao and Xuejin, it was not a question whether Eric would work at the daycare. They told their son that they would not be able to feed his siblings or pay for his father's diabetes medication if he did not help. At one point, Eric walked across the street and took a job the same day at a Mexican restaurant Cochinita Dos, with a promise to turn over all the proceeds to his family. But as conversations about financial ruin persisted, Eric felt more and more pressure to assist his mother and father at the daycare.

The summer after his high school graduation, Eric's cousin Jay agreed to come and work for Guang Hao and Xuejin. Eric's refusals were now in the spotlight as another family member became involved in the business. Judy, determined to go to college as far away as possible, was applying to the University of Buffalo. With his sister's imminent departure looming, and the adult daycare failing, Eric relented, and joined Jay in working for his parents. When Jay went off to college. Eric was alone.  Eric was determined to attend college and he started taking night classes, but he was so busy at the daycare that he needed to put his education on hold again to help his parents.

Guang Hao and Xuejin did not speak to Judy during her first two years at college. She worked all throughout school as she received no financial assistance from her parents, as punishment for her decision to leave the city. Eric helped Judy with some housing costs, but he also lost touch with her during her college years, due to a combination of stress from the daycare, resentment, and out of a subconscious loyalty to his parents.

Eric met his wife Chunhua Chen ("Winnie") in 2017, when they were introduced by Winnie's boss. By the end of 2018, Winnie was pregnant with Chloe, who was born on July 16th, 2019. Eric struggled to manage his stress as he had to navigate the tense relationship between Winnie and Xuejin, who insisted they live in Chinatown so their children would go to school close by. Winnie wished to live independently, as she felt that Xuejin was extremely bossy and controlling, inserting herself into their family planning and decision making.

The new couple lived out in Far Rockaway during Winnie's first pregnancy, but Xuejin stopped by constantly. Xuejin wished for Winnie to practice postpartum confinement, a traditional Eastern practice of remaining at home for months after giving birth. When Winnie refused, it angered Xuejin, who asked Eric to step in. Eric, balancing a tight rope between making his mother happy and supporting his new wife, chose to take his mother's side. Winnie moved out to live with her father. She moved back in only after Eric agreed to limit Xuejin's frequent check-ins. This lasted about a month, as Winnie became so upset with her frequent intrusions that it caused her to be hospitalized for preterm bleeding.

Winnie was pregnant with their second daughter Nora during COVID, and Xuejin and Guang Hao moved into the Far Rockaway house. Winnie agreed only because she desperately needed the help, but the arrangement remained tenuous. In Judy's words; "Eric tries to be a peacemaker between his mom and his wife, but no one is ever happy".

4

Judy and Winnie are very close, as are Judy and Eric. Eric is still the primary breadwinner, but the family is currently getting by on savings. Winnie would have to sell their home in Far Rockaway should Eric be incarcerated, as she does not have the financial means to pay for the home. Further, Eric is a full time co-parent; he handles pick ups and drop off from school, cooks, helps with homework, and with bedtime.

At the time of Eric's arrest on August 26th, 2025, Guang Hao was in Canada. By September 1st, he had left for China, where he remains to this day, with Xuejin. Guang Hao assured his son that "everything would be fine" as related to his legal issues. He has not assisted the family financially during this time, and he and Eric do not speak. Xuejin and Eric correspond infrequently. She sends pictures of her pilgrimages, including to Mount Putuo, one of four sacred Chinese Buddhist sites[5]. Here resides a temple dedicated to the Bodhimanda of Guanyin Bodhisattva, or goddess of Mercy and compassion, who hears the voices of the suffering[6].

Guang Hao regrets the fact that Eric could not finish college, but he could not see a reality in which the family prospered financially without Eric. He cried when he spoke about this quandary. Similar to the story of his elder brother, Yi Xin, who worked to support the family in China until the day he died, Guang Hao believed that his eldest son, Eric Zhu, needed to step up and sacrifice his personal goals and freedom to ensure the Zhu family's survival.

Respectfully submitted,

Muriel Bell, LMSW

---

[5] Bruntz, C. (2023, March 27). Mount Putuo 普陀山 [O]. doi:http://dx.doi.org/10.14288/1.0438186
[6] Hsieh, H.L. (2020, Feb 21). Guanyin: the bodhisattva of great compassion. Retrieved from
https://www.bl.uk/stories/blogs/posts/guanyin-the-bodhisattva-of-great-compassion