# United States Sentencing Commission



## *Statistical Information Packet*

### *Fiscal Year 2024*

### *Eastern District of New York*

# TABLE OF CONTENTS

**Figure A**   Sentenced Individuals by Type of Crime                                                        1

**Figure B**   Distribution of Primary Drug Type in Federal Drug Cases                                       2

**Table 1**   Distribution of Sentenced Individuals by Type of Crime                                         3

**Table 2**   Guilty Pleas and Trials in Each Circuit and District                                           4

**Table 3**   Guilty Pleas and Trials by Type of Crime                                                       7

**Table 4**   Sentence Type by Type of Crime
(National)                                                                                                   8

**Table 5**   Sentence Type by Type of Crime
(District)                                                                                                   9

**Table 6**   Incarceration Rate of U.S. Citizens Eligible for Non-Prison Sentences
by Type of Crime                                                                                             10

**Table 7**   Sentence Length by Type of Crime                                                               11

**Table 8**   Sentence Imposed Relative to the Guideline Range                                               12

**Table 9**   Sentence Imposed Relative to the Guideline Range
in Each Circuit and District                                                                                 13

**Table 10**   Sentence Imposed Relative to the Guideline Range
by Type of Crime                                                                                             16

## Figure A

### SENTENCED INDIVIDUALS BY TYPE OF CRIME
### Fiscal Year 2024

#### National



#### Eastern New York



The National figure includes the 61,678 cases reported to the Commission. The Drugs category includes trafficking and simple possession.

The Eastern District of New York figure includes the 727 cases reported to the Commission.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

1

## Figure B

### DISTRIBUTION OF PRIMARY DRUG TYPE IN FEDERAL DRUG CASES
### Fiscal Year 2024

### National



### Eastern New York



Of the 61,678 National cases, in 18,150 the individual was sentenced under USSG Chapter Two, Part D (Drugs).

Of the 727 cases from the Eastern District of New York, in 199 the individual was sentenced under USSG Chapter Two, Part D (Drugs).

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

2

**Table 1**

## DISTRIBUTION OF SENTENCED INDIVIDUALS
## BY TYPE OF CRIME
### Fiscal Year 2024

| TYPE OF CRIME | National | | Eastern New York | |
|---|---|---|---|---|
| | N | % | N | % |
| TOTAL | 61,678 | 100.0 | 727 | 100.0 |
| Administration of Justice | 660 | 1.1 | 7 | 1.0 |
| Antitrust | 8 | 0.0 | 0 | 0.0 |
| Arson | 84 | 0.1 | 0 | 0.0 |
| Assault | 901 | 1.5 | 35 | 4.8 |
| Bribery/Corruption | 362 | 0.6 | 26 | 3.6 |
| Burglary/Trespass | 99 | 0.2 | 2 | 0.3 |
| Child Pornography | 1,375 | 2.2 | 19 | 2.6 |
| Commercialized Vice | 72 | 0.1 | 0 | 0.0 |
| Drug Possession | 109 | 0.2 | 0 | 0.0 |
| Drug Trafficking | 18,172 | 29.5 | 201 | 27.6 |
| Environmental | 140 | 0.2 | 5 | 0.7 |
| Extortion/Racketeering | 112 | 0.2 | 17 | 2.3 |
| Firearms | 8,131 | 13.2 | 65 | 8.9 |
| Food and Drug | 35 | 0.1 | 1 | 0.1 |
| Forgery/Counter/Copyright | 95 | 0.2 | 7 | 1.0 |
| Fraud/Theft/Embezzlement | 5,312 | 8.6 | 130 | 17.9 |
| Immigration | 18,492 | 30.0 | 36 | 5.0 |
| Individual Rights | 125 | 0.2 | 1 | 0.1 |
| Kidnapping | 147 | 0.2 | 0 | 0.0 |
| Manslaughter | 111 | 0.2 | 0 | 0.0 |
| Money Laundering | 1,289 | 2.1 | 52 | 7.2 |
| Murder | 523 | 0.8 | 25 | 3.4 |
| National Defense | 229 | 0.4 | 2 | 0.3 |
| Obscenity/Other Sex Offenses | 339 | 0.5 | 4 | 0.6 |
| Prison Offenses | 438 | 0.7 | 2 | 0.3 |
| Robbery | 1,323 | 2.1 | 48 | 6.6 |
| Sexual Abuse | 1,430 | 2.3 | 18 | 2.5 |
| Stalking/Harassing | 254 | 0.4 | 2 | 0.3 |
| Tax | 440 | 0.7 | 22 | 3.0 |
| Other | 871 | 1.4 | 0 | 0.0 |

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

**Table 2**

## GUILTY PLEAS AND TRIALS IN EACH CIRCUIT AND DISTRICT
### Fiscal Year 2024

| CIRCUIT<br>District | TOTAL | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| | | N | % | N | % |
| TOTAL | 61,678 | 59,922 | 97.2 | 1,756 | 2.8 |
| **D.C. CIRCUIT** | **536** | **432** | **80.6** | **104** | **19.4** |
| District of Columbia | 536 | 432 | 80.6 | 104 | 19.4 |
| **FIRST CIRCUIT** | **2,010** | **1,946** | **96.8** | **64** | **3.2** |
| Maine | 132 | 122 | 92.4 | 10 | 7.6 |
| Massachusetts | 531 | 498 | 93.8 | 33 | 6.2 |
| New Hampshire | 118 | 114 | 96.6 | 4 | 3.4 |
| Puerto Rico | 1,120 | 1,103 | 98.5 | 17 | 1.5 |
| Rhode Island | 109 | 109 | 100.0 | 0 | 0.0 |
| **SECOND CIRCUIT** | **3,061** | **2,926** | **95.6** | **135** | **4.4** |
| Connecticut | 249 | 232 | 93.2 | 17 | 6.8 |
| New York | | | | | |
|   Eastern | 727 | 687 | 94.5 | 40 | 5.5 |
|   Northern | 507 | 496 | 97.8 | 11 | 2.2 |
|   Southern | 1,048 | 987 | 94.2 | 61 | 5.8 |
|   Western | 365 | 362 | 99.2 | 3 | 0.8 |
| Vermont | 165 | 162 | 98.2 | 3 | 1.8 |
| **THIRD CIRCUIT** | **2,487** | **2,389** | **96.1** | **98** | **3.9** |
| Delaware | 95 | 92 | 96.8 | 3 | 3.2 |
| New Jersey | 830 | 812 | 97.8 | 18 | 2.2 |
| Pennsylvania | | | | | |
|   Eastern | 488 | 457 | 93.6 | 31 | 6.4 |
|   Middle | 454 | 430 | 94.7 | 24 | 5.3 |
|   Western | 523 | 509 | 97.3 | 14 | 2.7 |
| Virgin Islands | 97 | 89 | 91.8 | 8 | 8.2 |
| **FOURTH CIRCUIT** | **3,984** | **3,873** | **97.2** | **111** | **2.8** |
| Maryland | 449 | 435 | 96.9 | 14 | 3.1 |
| North Carolina | | | | | |
|   Eastern | 827 | 820 | 99.2 | 7 | 0.8 |
|   Middle | 283 | 273 | 96.5 | 10 | 3.5 |
|   Western | 305 | 291 | 95.4 | 14 | 4.6 |
| South Carolina | 571 | 561 | 98.2 | 10 | 1.8 |
| Virginia | | | | | |
|   Eastern | 777 | 741 | 95.4 | 36 | 4.6 |
|   Western | 196 | 186 | 94.9 | 10 | 5.1 |
| West Virginia | | | | | |
|   Northern | 346 | 340 | 98.3 | 6 | 1.7 |
|   Southern | 230 | 226 | 98.3 | 4 | 1.7 |

4

| CIRCUIT District | TOTAL | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| | | N | % | N | % |
| **FIFTH CIRCUIT** | **17,741** | **17,573** | **99.1** | **168** | **0.9** |
| Louisiana | | | | | |
| Eastern | 342 | 335 | 98.0 | 7 | 2.0 |
| Middle | 95 | 90 | 94.7 | 5 | 5.3 |
| Western | 285 | 275 | 96.5 | 10 | 3.5 |
| Mississippi | | | | | |
| Northern | 185 | 180 | 97.3 | 5 | 2.7 |
| Southern | 322 | 310 | 96.3 | 12 | 3.7 |
| Texas | | | | | |
| Eastern | 1,134 | 1,114 | 98.2 | 20 | 1.8 |
| Northern | 1,221 | 1,201 | 98.4 | 20 | 1.6 |
| Southern | 6,122 | 6,075 | 99.2 | 47 | 0.8 |
| Western | 8,035 | 7,993 | 99.5 | 42 | 0.5 |
| **SIXTH CIRCUIT** | **4,330** | **4,152** | **95.9** | **178** | **4.1** |
| Kentucky | | | | | |
| Eastern | 437 | 412 | 94.3 | 25 | 5.7 |
| Western | 357 | 350 | 98.0 | 7 | 2.0 |
| Michigan | | | | | |
| Eastern | 642 | 617 | 96.1 | 25 | 3.9 |
| Western | 226 | 215 | 95.1 | 11 | 4.9 |
| Ohio | | | | | |
| Northern | 829 | 797 | 96.1 | 32 | 3.9 |
| Southern | 577 | 561 | 97.2 | 16 | 2.8 |
| Tennessee | | | | | |
| Eastern | 539 | 525 | 97.4 | 14 | 2.6 |
| Middle | 333 | 306 | 91.9 | 27 | 8.1 |
| Western | 390 | 369 | 94.6 | 21 | 5.4 |
| **SEVENTH CIRCUIT** | **2,013** | **1,895** | **94.1** | **118** | **5.9** |
| Illinois | | | | | |
| Central | 249 | 231 | 92.8 | 18 | 7.2 |
| Northern | 549 | 500 | 91.1 | 49 | 8.9 |
| Southern | 224 | 216 | 96.4 | 8 | 3.6 |
| Indiana | | | | | |
| Northern | 236 | 219 | 92.8 | 17 | 7.2 |
| Southern | 352 | 340 | 96.6 | 12 | 3.4 |
| Wisconsin | | | | | |
| Eastern | 286 | 275 | 96.2 | 11 | 3.8 |
| Western | 117 | 114 | 97.4 | 3 | 2.6 |
| **EIGHTH CIRCUIT** | **4,864** | **4,680** | **96.2** | **184** | **3.8** |
| Arkansas | | | | | |
| Eastern | 517 | 502 | 97.1 | 15 | 2.9 |
| Western | 207 | 200 | 96.6 | 7 | 3.4 |
| Iowa | | | | | |
| Northern | 295 | 275 | 93.2 | 20 | 6.8 |
| Southern | 328 | 307 | 93.6 | 21 | 6.4 |
| Minnesota | 380 | 361 | 95.0 | 19 | 5.0 |
| Missouri | | | | | |
| Eastern | 1,012 | 994 | 98.2 | 18 | 1.8 |
| Western | 783 | 761 | 97.2 | 22 | 2.8 |
| Nebraska | 440 | 430 | 97.7 | 10 | 2.3 |
| North Dakota | 327 | 317 | 96.9 | 10 | 3.1 |
| South Dakota | 575 | 533 | 92.7 | 42 | 7.3 |

| CIRCUIT District | TOTAL | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| | | N | % | N | % |
| **NINTH CIRCUIT** | **10,775** | **10,553** | **97.9** | **222** | **2.1** |
| Alaska | 136 | 133 | 97.8 | 3 | 2.2 |
| Arizona | 3,904 | 3,877 | 99.3 | 27 | 0.7 |
| California | | | | | |
|   Central | 926 | 878 | 94.8 | 48 | 5.2 |
|   Eastern | 445 | 438 | 98.4 | 7 | 1.6 |
|   Northern | 477 | 455 | 95.4 | 22 | 4.6 |
|   Southern | 2,634 | 2,596 | 98.6 | 38 | 1.4 |
| Guam | 39 | 39 | 100.0 | 0 | 0.0 |
| Hawaii | 108 | 98 | 90.7 | 10 | 9.3 |
| Idaho | 304 | 298 | 98.0 | 6 | 2.0 |
| Montana | 367 | 349 | 95.1 | 18 | 4.9 |
| Nevada | 271 | 262 | 96.7 | 9 | 3.3 |
| Northern Mariana Islands | 40 | 39 | 97.5 | 1 | 2.5 |
| Oregon | 521 | 513 | 98.5 | 8 | 1.5 |
| Washington | | | | | |
|   Eastern | 286 | 273 | 95.5 | 13 | 4.5 |
|   Western | 317 | 305 | 96.2 | 12 | 3.8 |
| **TENTH CIRCUIT** | **4,884** | **4,752** | **97.3** | **132** | **2.7** |
| Colorado | 382 | 368 | 96.3 | 14 | 3.7 |
| Kansas | 340 | 332 | 97.6 | 8 | 2.4 |
| New Mexico | 1,696 | 1,679 | 99.0 | 17 | 1.0 |
| Oklahoma | | | | | |
|   Eastern | 311 | 273 | 87.8 | 38 | 12.2 |
|   Northern | 636 | 620 | 97.5 | 16 | 2.5 |
|   Western | 687 | 663 | 96.5 | 24 | 3.5 |
| Utah | 653 | 643 | 98.5 | 10 | 1.5 |
| Wyoming | 179 | 174 | 97.2 | 5 | 2.8 |
| **ELEVENTH CIRCUIT** | **4,993** | **4,751** | **95.2** | **242** | **4.8** |
| Alabama | | | | | |
|   Middle | 272 | 253 | 93.0 | 19 | 7.0 |
|   Northern | 439 | 431 | 98.2 | 8 | 1.8 |
|   Southern | 237 | 227 | 95.8 | 10 | 4.2 |
| Florida | | | | | |
|   Middle | 1,136 | 1,077 | 94.8 | 59 | 5.2 |
|   Northern | 260 | 246 | 94.6 | 14 | 5.4 |
|   Southern | 1,377 | 1,298 | 94.3 | 79 | 5.7 |
| Georgia | | | | | |
|   Middle | 428 | 404 | 94.4 | 24 | 5.6 |
|   Northern | 477 | 456 | 95.6 | 21 | 4.4 |
|   Southern | 367 | 359 | 97.8 | 8 | 2.2 |

Of the 61,678 National cases, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

## Table 3

## GUILTY PLEAS AND TRIALS BY TYPE OF CRIME
### Fiscal Year 2024

| TYPE OF CRIME | TOTAL | National | | | | Eastern New York | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | PLEA | | TRIAL | | PLEA | | TRIAL | |
| | | N | % | N | % | N | % | N | % |
| TOTAL | 61,678 | 59,922 | 97.2 | 1,756 | 2.8 | 687 | 94.5 | 40 | 5.5 |
| Administration of Justice | 660 | 588 | 89.1 | 72 | 10.9 | 7 | 100.0 | 0 | 0.0 |
| Antitrust | 8 | 8 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Arson | 84 | 78 | 92.9 | 6 | 7.1 | 0 | -- | 0 | -- |
| Assault | 901 | 818 | 90.8 | 83 | 9.2 | 29 | 82.9 | 6 | 17.1 |
| Bribery/Corruption | 362 | 324 | 89.5 | 38 | 10.5 | 21 | 80.8 | 5 | 19.2 |
| Burglary/Trespass | 99 | 95 | 96.0 | 4 | 4.0 | 2 | 100.0 | 0 | 0.0 |
| Child Pornography | 1,375 | 1,334 | 97.0 | 41 | 3.0 | 18 | 94.7 | 1 | 5.3 |
| Commercialized Vice | 72 | 70 | 97.2 | 2 | 2.8 | 0 | -- | 0 | -- |
| Drug Possession | 109 | 107 | 98.2 | 2 | 1.8 | 0 | -- | 0 | -- |
| Drug Trafficking | 18,172 | 17,795 | 97.9 | 377 | 2.1 | 195 | 97.0 | 6 | 3.0 |
| Environmental | 140 | 139 | 99.3 | 1 | 0.7 | 5 | 100.0 | 0 | 0.0 |
| Extortion/Racketeering | 112 | 105 | 93.8 | 7 | 6.3 | 15 | 88.2 | 2 | 11.8 |
| Firearms | 8,131 | 7,913 | 97.3 | 218 | 2.7 | 64 | 98.5 | 1 | 1.5 |
| Food and Drug | 35 | 35 | 100.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 95 | 93 | 97.9 | 2 | 2.1 | 7 | 100.0 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 5,312 | 5,111 | 96.2 | 201 | 3.8 | 123 | 94.6 | 7 | 5.4 |
| Immigration | 18,492 | 18,416 | 99.6 | 76 | 0.4 | 36 | 100.0 | 0 | 0.0 |
| Individual Rights | 125 | 85 | 68.0 | 40 | 32.0 | 0 | 0.0 | 1 | 100.0 |
| Kidnapping | 147 | 122 | 83.0 | 25 | 17.0 | 0 | -- | 0 | -- |
| Manslaughter | 111 | 96 | 86.5 | 15 | 13.5 | 0 | -- | 0 | -- |
| Money Laundering | 1,289 | 1,173 | 91.0 | 116 | 9.0 | 50 | 96.2 | 2 | 3.8 |
| Murder | 523 | 407 | 77.8 | 116 | 22.2 | 20 | 80.0 | 5 | 20.0 |
| National Defense | 229 | 225 | 98.3 | 4 | 1.7 | 2 | 100.0 | 0 | 0.0 |
| Obscenity/Other Sex Offenses | 339 | 333 | 98.2 | 6 | 1.8 | 4 | 100.0 | 0 | 0.0 |
| Prison Offenses | 438 | 432 | 98.6 | 6 | 1.4 | 2 | 100.0 | 0 | 0.0 |
| Robbery | 1,323 | 1,246 | 94.2 | 77 | 5.8 | 46 | 95.8 | 2 | 4.2 |
| Sexual Abuse | 1,430 | 1,276 | 89.2 | 154 | 10.8 | 18 | 100.0 | 0 | 0.0 |
| Stalking/Harassing | 254 | 234 | 92.1 | 20 | 7.9 | 2 | 100.0 | 0 | 0.0 |
| Tax | 440 | 412 | 93.6 | 28 | 6.4 | 20 | 90.9 | 2 | 9.1 |
| Other | 871 | 852 | 97.8 | 19 | 2.2 | 0 | -- | 0 | -- |

Of the 61,678 National cases, no cases were excluded.

Of the 727 cases from the Eastern District of New York, no cases were excluded.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

7

Case 1:25-cr-00340-DG    Document 26-5    Filed 04/28/26    Page 10 of 20 PageID #: 195

## Table 4

## SENTENCE TYPE BY TYPE OF CRIME
## Fiscal Year 2024

### National

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 61,678 | 54,954 | 89.1 | 1,463 | 2.4 | 762 | 1.2 | 4,246 | 6.9 | 253 | 0.4 |
| Administration of Justice | 660 | 449 | 68.0 | 39 | 5.9 | 43 | 6.5 | 127 | 19.2 | 2 | 0.3 |
| Antitrust | 8 | 0 | 0.0 | 1 | 12.5 | 0 | 0.0 | 7 | 87.5 | 0 | 0.0 |
| Arson | 84 | 79 | 94.0 | 2 | 2.4 | 0 | 0.0 | 1 | 1.2 | 2 | 2.4 |
| Assault | 901 | 821 | 91.1 | 29 | 3.2 | 5 | 0.6 | 43 | 4.8 | 3 | 0.3 |
| Bribery/Corruption | 362 | 257 | 71.0 | 11 | 3.0 | 27 | 7.5 | 67 | 18.5 | 0 | 0.0 |
| Burglary/Trespass | 99 | 69 | 69.7 | 1 | 1.0 | 11 | 11.1 | 17 | 17.2 | 1 | 1.0 |
| Child Pornography | 1,375 | 1,353 | 98.4 | 14 | 1.0 | 3 | 0.2 | 5 | 0.4 | 0 | 0.0 |
| Commercialized Vice | 72 | 47 | 65.3 | 4 | 5.6 | 5 | 6.9 | 16 | 22.2 | 0 | 0.0 |
| Drug Possession | 109 | 55 | 50.5 | 1 | 0.9 | 3 | 2.8 | 32 | 29.4 | 18 | 16.5 |
| Drug Trafficking | 18,172 | 17,030 | 93.7 | 511 | 2.8 | 120 | 0.7 | 509 | 2.8 | 2 | 0.0 |
| Environmental | 140 | 40 | 28.6 | 3 | 2.1 | 8 | 5.7 | 71 | 50.7 | 18 | 12.9 |
| Extortion/Racketeering | 112 | 82 | 73.2 | 7 | 6.3 | 1 | 0.9 | 22 | 19.6 | 0 | 0.0 |
| Firearms | 8,131 | 7,462 | 91.8 | 171 | 2.1 | 81 | 1.0 | 413 | 5.1 | 4 | 0.0 |
| Food and Drug | 35 | 8 | 22.9 | 0 | 0.0 | 2 | 5.7 | 22 | 62.9 | 3 | 8.6 |
| Forgery/Counter/Copyright | 95 | 76 | 80.0 | 3 | 3.2 | 1 | 1.1 | 15 | 15.8 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 5,312 | 3,752 | 70.6 | 200 | 3.8 | 237 | 4.5 | 1,092 | 20.6 | 31 | 0.6 |
| Immigration | 18,492 | 17,139 | 92.7 | 261 | 1.4 | 94 | 0.5 | 997 | 5.4 | 1 | 0.0 |
| Individual Rights | 125 | 102 | 81.6 | 4 | 3.2 | 5 | 4.0 | 14 | 11.2 | 0 | 0.0 |
| Kidnapping | 147 | 137 | 93.2 | 7 | 4.8 | 0 | 0.0 | 3 | 2.0 | 0 | 0.0 |
| Manslaughter | 111 | 102 | 91.9 | 5 | 4.5 | 2 | 1.8 | 2 | 1.8 | 0 | 0.0 |
| Money Laundering | 1,289 | 1,080 | 83.8 | 51 | 4.0 | 35 | 2.7 | 123 | 9.5 | 0 | 0.0 |
| Murder | 523 | 512 | 97.9 | 10 | 1.9 | 1 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| National Defense | 229 | 181 | 79.0 | 7 | 3.1 | 5 | 2.2 | 15 | 6.6 | 21 | 9.2 |
| Obscenity/Other Sex Offenses | 339 | 312 | 92.0 | 13 | 3.8 | 3 | 0.9 | 11 | 3.2 | 0 | 0.0 |
| Prison Offenses | 438 | 405 | 92.5 | 16 | 3.7 | 2 | 0.5 | 13 | 3.0 | 2 | 0.5 |
| Robbery | 1,323 | 1,277 | 96.5 | 36 | 2.7 | 0 | 0.0 | 10 | 0.8 | 0 | 0.0 |
| Sexual Abuse | 1,430 | 1,392 | 97.3 | 26 | 1.8 | 3 | 0.2 | 9 | 0.6 | 0 | 0.0 |
| Stalking/Harassing | 254 | 227 | 89.4 | 8 | 3.1 | 5 | 2.0 | 14 | 5.5 | 0 | 0.0 |
| Tax | 440 | 271 | 61.6 | 16 | 3.6 | 45 | 10.2 | 107 | 24.3 | 1 | 0.2 |
| Other | 871 | 237 | 27.2 | 6 | 0.7 | 15 | 1.7 | 469 | 53.8 | 144 | 16.5 |

Of the 61,678 National cases, no cases were excluded.

Alternatives include all cases in which sentenced individuals received conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

# Table 5

## SENTENCE TYPE BY TYPE OF CRIME
### Fiscal Year 2024

### Eastern New York

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 727 | 611 | 84.0 | 11 | 1.5 | 14 | 1.9 | 86 | 11.8 | 5 | 0.7 |
| Administration of Justice | 7 | 3 | 42.9 | 0 | 0.0 | 0 | 0.0 | 4 | 57.1 | 0 | 0.0 |
| Antitrust | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Arson | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Assault | 35 | 35 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Bribery/Corruption | 26 | 18 | 69.2 | 0 | 0.0 | 2 | 7.7 | 6 | 23.1 | 0 | 0.0 |
| Burglary/Trespass | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Child Pornography | 19 | 17 | 89.5 | 0 | 0.0 | 2 | 10.5 | 0 | 0.0 | 0 | 0.0 |
| Commercialized Vice | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Drug Possession | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Drug Trafficking | 201 | 172 | 85.6 | 4 | 2.0 | 2 | 1.0 | 23 | 11.4 | 0 | 0.0 |
| Environmental | 5 | 2 | 40.0 | 0 | 0.0 | 0 | 0.0 | 2 | 40.0 | 1 | 20.0 |
| Extortion/Racketeering | 17 | 15 | 88.2 | 0 | 0.0 | 0 | 0.0 | 2 | 11.8 | 0 | 0.0 |
| Firearms | 65 | 62 | 95.4 | 0 | 0.0 | 1 | 1.5 | 2 | 3.1 | 0 | 0.0 |
| Food and Drug | 1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 7 | 6 | 85.7 | 0 | 0.0 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 130 | 89 | 68.5 | 4 | 3.1 | 2 | 1.5 | 31 | 23.8 | 4 | 3.1 |
| Immigration | 36 | 33 | 91.7 | 0 | 0.0 | 1 | 2.8 | 2 | 5.6 | 0 | 0.0 |
| Individual Rights | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Kidnapping | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Manslaughter | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Money Laundering | 52 | 44 | 84.6 | 2 | 3.8 | 1 | 1.9 | 5 | 9.6 | 0 | 0.0 |
| Murder | 25 | 25 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| National Defense | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Obscenity/Other Sex Offenses | 4 | 4 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Prison Offenses | 2 | 1 | 50.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Robbery | 48 | 47 | 97.9 | 0 | 0.0 | 0 | 0.0 | 1 | 2.1 | 0 | 0.0 |
| Sexual Abuse | 18 | 17 | 94.4 | 0 | 0.0 | 0 | 0.0 | 1 | 5.6 | 0 | 0.0 |
| Stalking/Harassing | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Tax | 22 | 14 | 63.6 | 0 | 0.0 | 3 | 13.6 | 5 | 22.7 | 0 | 0.0 |
| Other | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |

Of the 727 cases from the Eastern District of New York, no cases were excluded.

Alternatives include all cases in which sentenced individuals received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

Case 1:25-cr-00340-DG    Document 26-5    Filed 04/28/26    Page 12 of 20 PageID #: 197

## Table 6

### INCARCERATION RATE OF U.S. CITIZENS ELIGIBLE FOR NON-PRISON SENTENCES
### BY TYPE OF CRIME
### Fiscal Year 2024

| | | National | | | | Eastern New York | | | |
| | | Prison Sentence | | Non-Prison Sentence | | Prison Sentence | | Non-Prison Sentence | |
| TYPE OF CRIME | TOTAL | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 4,144 | 1,946 | 47.0 | 2,198 | 53.0 | 15 | 31.9 | 32 | 68.1 |
| Administration of Justice | 192 | 99 | 51.6 | 93 | 48.4 | 0 | 0.0 | 1 | 100.0 |
| Antitrust | 2 | 0 | 0.0 | 2 | 100.0 | 0 | -- | 0 | -- |
| Arson | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Assault | 54 | 31 | 57.4 | 23 | 42.6 | 0 | -- | 0 | -- |
| Bribery/Corruption | 42 | 15 | 35.7 | 27 | 64.3 | 1 | 100.0 | 0 | 0.0 |
| Burglary/Trespass | 45 | 25 | 55.6 | 20 | 44.4 | 0 | -- | 0 | -- |
| Child Pornography | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Commercialized Vice | 16 | 5 | 31.3 | 11 | 68.8 | 0 | -- | 0 | -- |
| Drug Possession | 81 | 43 | 53.1 | 38 | 46.9 | 0 | -- | 0 | -- |
| Drug Trafficking | 305 | 186 | 61.0 | 119 | 39.0 | 1 | 20.0 | 4 | 80.0 |
| Environmental | 58 | 8 | 13.8 | 50 | 86.2 | 0 | 0.0 | 1 | 100.0 |
| Extortion/Racketeering | 12 | 5 | 41.7 | 7 | 58.3 | 0 | -- | 0 | -- |
| Firearms | 117 | 55 | 47.0 | 62 | 53.0 | 0 | -- | 0 | -- |
| Food and Drug | 23 | 1 | 4.3 | 22 | 95.7 | 0 | 0.0 | 1 | 100.0 |
| Forgery/Counter/Copyright | 16 | 10 | 62.5 | 6 | 37.5 | 0 | 0.0 | 1 | 100.0 |
| Fraud/Theft/Embezzlement | 1,351 | 485 | 35.9 | 866 | 64.1 | 9 | 29.0 | 22 | 71.0 |
| Immigration | 966 | 692 | 71.6 | 274 | 28.4 | 0 | 0.0 | 1 | 100.0 |
| Individual Rights | 14 | 9 | 64.3 | 5 | 35.7 | 0 | -- | 0 | -- |
| Kidnapping | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Manslaughter | 3 | 3 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Money Laundering | 66 | 39 | 59.1 | 27 | 40.9 | 1 | 100.0 | 0 | 0.0 |
| Murder | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| National Defense | 24 | 4 | 16.7 | 20 | 83.3 | 0 | -- | 0 | -- |
| Obscenity/Other Sex Offenses | 30 | 25 | 83.3 | 5 | 16.7 | 0 | -- | 0 | -- |
| Prison Offenses | 126 | 113 | 89.7 | 13 | 10.3 | 2 | 100.0 | 0 | 0.0 |
| Robbery | 1 | 0 | 0.0 | 1 | 100.0 | 0 | -- | 0 | -- |
| Sexual Abuse | 9 | 6 | 66.7 | 3 | 33.3 | 0 | -- | 0 | -- |
| Stalking/Harassing | 20 | 14 | 70.0 | 6 | 30.0 | 0 | -- | 0 | -- |
| Tax | 61 | 10 | 16.4 | 51 | 83.6 | 1 | 50.0 | 1 | 50.0 |
| Other | 510 | 63 | 12.4 | 447 | 87.6 | 0 | -- | 0 | -- |

Of the 61,678 National cases, a U.S. Citizen was the sentenced individual in 40,038 cases. Of these, 35,894 cases were excluded because the sentenced individual was ineligible for a non-prison sentence.

Of the 727 cases from the Eastern District of New York, a U.S. Citizen was the sentenced individual in 548 cases. Of these, 501 cases were excluded because the sentenced individual was ineligible for a non-prison sentence.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

# Table 7

## SENTENCE LENGTH BY TYPE OF CRIME
### Fiscal Year 2024

| TYPE OF CRIME | National | | | Eastern New York | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| TOTAL | 52 | 24 | 61,678 | 55 | 21 | 727 |
| Administration of Justice | 14 | 8 | 660 | 11 | 0 | 7 |
| Antitrust | 1 | 0 | 8 | -- | -- | 0 |
| Arson | 66 | 60 | 84 | -- | -- | 0 |
| Assault | 76 | 46 | 901 | 156 | 121 | 35 |
| Bribery/Corruption | 18 | 12 | 362 | 18 | 7 | 26 |
| Burglary/Trespass | 17 | 3 | 99 | -- | -- | 2 |
| Child Pornography | 116 | 97 | 1,375 | 95 | 66 | 19 |
| Commercialized Vice | 21 | 13 | 72 | -- | -- | 0 |
| Drug Possession | 1 | 0 | 109 | | | 0 |
| Drug Trafficking | 82 | 63 | 18,172 | 52 | 28 | 201 |
| Environmental | 3 | 0 | 140 | 2 | 0 | 5 |
| Extortion/Racketeering | 44 | 18 | 112 | 30 | 33 | 17 |
| Firearms | 50 | 40 | 8,131 | 58 | 48 | 65 |
| Food and Drug | 4 | 0 | 35 | -- | -- | 1 |
| Forgery/Counter/Copyright | 16 | 12 | 95 | 1 | 1 | 7 |
| Fraud/Theft/Embezzlement | 21 | 12 | 5,312 | 18 | 5 | 130 |
| Immigration | 12 | 7 | 18,492 | 13 | 11 | 36 |
| Individual Rights | 54 | 24 | 125 | -- | -- | 1 |
| Kidnapping | 190 | 156 | 147 | -- | -- | 0 |
| Manslaughter | 77 | 60 | 111 | -- | -- | 0 |
| Money Laundering | 54 | 28 | 1,289 | 21 | 9 | 52 |
| Murder | 274 | 240 | 523 | 290 | 300 | 25 |
| National Defense | 29 | 18 | 229 | -- | -- | 2 |
| Obscenity/Other Sex Offenses | 21 | 18 | 339 | 12 | 6 | 4 |
| Prison Offenses | 14 | 12 | 438 | -- | -- | 2 |
| Robbery | 110 | 96 | 1,323 | 59 | 54 | 48 |
| Sexual Abuse | 221 | 210 | 1,430 | 161 | 153 | 18 |
| Stalking/Harassing | 33 | 24 | 254 | -- | -- | 2 |
| Tax | 16 | 10 | 440 | 9 | 6 | 22 |
| Other | 4 | 0 | 871 | -- | -- | 0 |

Of the 61,678 National cases, no cases were excluded.

Of the 727 cases from the Eastern District of New York, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

## Table 8

## SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE[1]
### Fiscal Year 2024

| | National | | Eastern New York | |
|---|---|---|---|---|
| | N | % | N | % |
| **TOTAL CASES** | **61,331** | **100.0** | **727** | **100.0** |
| **SENTENCES UNDER THE GUIDELINES MANUAL** | **41,076** | **67.0** | **334** | **45.9** |
| Within Guideline Range | 28,038 | 45.7 | 168 | 23.1 |
| Upward Departure[2] | 326 | 0.5 | 1 | 0.1 |
| Downward Departure | | | | |
| §5K1.1 Substantial Assistance | 6,099 | 9.9 | 127 | 17.5 |
| §5K3.1 Early Disposition Program | 4,374 | 7.1 | 1 | 0.1 |
| Other Government Motion[3] | 1,145 | 1.9 | 15 | 2.1 |
| Non-Government Departure[4] | 1,094 | 1.8 | 22 | 3.0 |
| **VARIANCES** | **20,255** | **33.0** | **393** | **54.1** |
| Upward Variance[5] | 2,108 | 3.4 | 18 | 2.5 |
| Downward Variance | | | | |
| Government Motion[6] | 6,269 | 10.2 | 94 | 12.9 |
| Non-Government Variance[7] | 11,878 | 19.4 | 281 | 38.7 |

[1] This table reflects the 61,678 cases reported to the Commission in fiscal year 2024, 727 of which were from the Eastern District of New York. Of these, 347 cases nationally were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range, while none from the Eastern District of New York were excluded.

[2] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1.

[3] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution initiated, proposed, or stipulated to the sentence.

[4] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution did not initiate, propose, or stipulate to the sentence.

[5] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form.

[6] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, and where the prosecution initiated, proposed, or stipulated to the sentence.

[7] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, or where no reason was given, and where the prosecution did not initiate, propose, or stipulate to the sentence.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

## Table 9

## SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
## IN EACH CIRCUIT AND DISTRICT[1]
### Fiscal Year 2024

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 61,331 | 28,038 | 45.7 | 326 | 0.5 | 6,099 | 9.9 | 4,374 | 7.1 | 2,239 | 3.7 | 20,255 | 33.0 |
| D.C. CIRCUIT | 535 | 270 | 50.5 | 6 | 1.1 | 59 | 11.0 | 0 | 0.0 | 10 | 1.9 | 190 | 35.5 |
| District of Columbia | 535 | 270 | 50.5 | 6 | 1.1 | 59 | 11.0 | 0 | 0.0 | 10 | 1.9 | 190 | 35.5 |
| FIRST CIRCUIT | 2,010 | 708 | 35.2 | 4 | 0.2 | 230 | 11.4 | 1 | 0.0 | 65 | 3.2 | 1,002 | 49.9 |
| Maine | 132 | 35 | 26.5 | 1 | 0.8 | 25 | 18.9 | 0 | 0.0 | 3 | 2.3 | 68 | 51.5 |
| Massachusetts | 531 | 123 | 23.2 | 1 | 0.2 | 74 | 13.9 | 1 | 0.2 | 21 | 4.0 | 311 | 58.6 |
| New Hampshire | 118 | 26 | 22.0 | 0 | 0.0 | 16 | 13.6 | 0 | 0.0 | 5 | 4.2 | 71 | 60.2 |
| Puerto Rico | 1,120 | 496 | 44.3 | 2 | 0.2 | 110 | 9.8 | 0 | 0.0 | 35 | 3.1 | 477 | 42.6 |
| Rhode Island | 109 | 28 | 25.7 | 0 | 0.0 | 5 | 4.6 | 0 | 0.0 | 1 | 0.9 | 75 | 68.8 |
| SECOND CIRCUIT | 3,050 | 931 | 30.5 | 13 | 0.4 | 450 | 14.8 | 3 | 0.1 | 98 | 3.2 | 1,555 | 51.0 |
| Connecticut | 249 | 56 | 22.5 | 2 | 0.8 | 36 | 14.5 | 0 | 0.0 | 21 | 8.4 | 134 | 53.8 |
| New York | | | | | | | | | | | | | |
| Eastern | 727 | 168 | 23.1 | 1 | 0.1 | 127 | 17.5 | 1 | 0.1 | 37 | 5.1 | 393 | 54.1 |
| Northern | 504 | 269 | 53.4 | 6 | 1.2 | 91 | 18.1 | 0 | 0.0 | 22 | 4.4 | 116 | 23.0 |
| Southern | 1,042 | 239 | 22.9 | 0 | 0.0 | 104 | 10.0 | 2 | 0.2 | 14 | 1.3 | 683 | 65.5 |
| Western | 364 | 153 | 42.0 | 4 | 1.1 | 68 | 18.7 | 0 | 0.0 | 2 | 0.5 | 137 | 37.6 |
| Vermont | 164 | 46 | 28.0 | 0 | 0.0 | 24 | 14.6 | 0 | 0.0 | 2 | 1.2 | 92 | 56.1 |
| THIRD CIRCUIT | 2,482 | 934 | 37.6 | 4 | 0.2 | 475 | 19.1 | 14 | 0.6 | 60 | 2.4 | 995 | 40.1 |
| Delaware | 95 | 48 | 50.5 | 0 | 0.0 | 9 | 9.5 | 11 | 11.6 | 3 | 3.2 | 24 | 25.3 |
| New Jersey | 826 | 260 | 31.5 | 0 | 0.0 | 174 | 21.1 | 0 | 0.0 | 7 | 0.8 | 385 | 46.6 |
| Pennsylvania | | | | | | | | | | | | | |
| Eastern | 487 | 169 | 34.7 | 0 | 0.0 | 116 | 23.8 | 2 | 0.4 | 8 | 1.6 | 192 | 39.4 |
| Middle | 454 | 194 | 42.7 | 2 | 0.4 | 85 | 18.7 | 1 | 0.2 | 23 | 5.1 | 149 | 32.8 |
| Western | 523 | 193 | 36.9 | 2 | 0.4 | 83 | 15.9 | 0 | 0.0 | 16 | 3.1 | 229 | 43.8 |
| Virgin Islands | 97 | 70 | 72.2 | 0 | 0.0 | 8 | 8.2 | 0 | 0.0 | 3 | 3.1 | 16 | 16.5 |
| FOURTH CIRCUIT | 3,946 | 1,775 | 45.0 | 25 | 0.6 | 513 | 13.0 | 3 | 0.1 | 95 | 2.4 | 1,535 | 38.9 |
| Maryland | 435 | 121 | 27.8 | 0 | 0.0 | 72 | 16.6 | 0 | 0.0 | 25 | 5.7 | 217 | 49.9 |
| North Carolina | | | | | | | | | | | | | |
| Eastern | 823 | 454 | 55.2 | 13 | 1.6 | 210 | 25.5 | 0 | 0.0 | 5 | 0.6 | 141 | 17.1 |
| Middle | 283 | 131 | 46.3 | 1 | 0.4 | 13 | 4.6 | 0 | 0.0 | 1 | 0.4 | 137 | 48.4 |
| Western | 304 | 149 | 49.0 | 1 | 0.3 | 27 | 8.9 | 0 | 0.0 | 4 | 1.3 | 123 | 40.5 |
| South Carolina | 568 | 211 | 37.1 | 4 | 0.7 | 99 | 17.4 | 0 | 0.0 | 19 | 3.3 | 235 | 41.4 |
| Virginia | | | | | | | | | | | | | |
| Eastern | 761 | 382 | 50.2 | 4 | 0.5 | 28 | 3.7 | 0 | 0.0 | 30 | 3.9 | 317 | 41.7 |
| Western | 196 | 60 | 30.6 | 1 | 0.5 | 33 | 16.8 | 0 | 0.0 | 3 | 1.5 | 99 | 50.5 |
| West Virginia | | | | | | | | | | | | | |
| Northern | 346 | 181 | 52.3 | 0 | 0.0 | 20 | 5.8 | 3 | 0.9 | 1 | 0.3 | 141 | 40.8 |
| Southern | 230 | 86 | 37.4 | 1 | 0.4 | 11 | 4.8 | 0 | 0.0 | 7 | 3.0 | 125 | 54.3 |

13

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE N | % | UPWARD N | % | §5K1.1 N | % | §5K3.1 N | % | DOWNWARD N | % | VARIANCE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FIFTH CIRCUIT** | 17,614 | 11,881 | 67.5 | 68 | 0.4 | 958 | 5.4 | 370 | 2.1 | 622 | 3.5 | 3,715 | 21.1 |
| Louisiana | | | | | | | | | | | | | |
| Eastern | 342 | 193 | 56.4 | 1 | 0.3 | 46 | 13.5 | 1 | 0.3 | 4 | 1.2 | 97 | 28.4 |
| Middle | 94 | 46 | 48.9 | 1 | 1.1 | 20 | 21.3 | 0 | 0.0 | 0 | 0.0 | 27 | 28.7 |
| Western | 277 | 208 | 75.1 | 3 | 1.1 | 11 | 4.0 | 0 | 0.0 | 1 | 0.4 | 54 | 19.5 |
| Mississippi | | | | | | | | | | | | | |
| Northern | 178 | 77 | 43.3 | 3 | 1.7 | 40 | 22.5 | 0 | 0.0 | 3 | 1.7 | 55 | 30.9 |
| Southern | 322 | 219 | 68.0 | 1 | 0.3 | 35 | 10.9 | 0 | 0.0 | 3 | 0.9 | 64 | 19.9 |
| Texas | | | | | | | | | | | | | |
| Eastern | 1,134 | 664 | 58.6 | 14 | 1.2 | 71 | 6.3 | 0 | 0.0 | 6 | 0.5 | 379 | 33.4 |
| Northern | 1,219 | 752 | 61.7 | 12 | 1.0 | 122 | 10.0 | 0 | 0.0 | 11 | 0.9 | 322 | 26.4 |
| Southern | 6,122 | 3,504 | 57.2 | 26 | 0.4 | 388 | 6.3 | 349 | 5.7 | 540 | 8.8 | 1,315 | 21.5 |
| Western | 7,926 | 6,218 | 78.5 | 7 | 0.1 | 225 | 2.8 | 20 | 0.3 | 54 | 0.7 | 1,402 | 17.7 |
| **SIXTH CIRCUIT** | 4,322 | 1,564 | 36.2 | 13 | 0.3 | 783 | 18.1 | 9 | 0.2 | 221 | 5.1 | 1,732 | 40.1 |
| Kentucky | | | | | | | | | | | | | |
| Eastern | 437 | 216 | 49.4 | 1 | 0.2 | 84 | 19.2 | 0 | 0.0 | 11 | 2.5 | 125 | 28.6 |
| Western | 357 | 115 | 32.2 | 4 | 1.1 | 90 | 25.2 | 3 | 0.8 | 27 | 7.6 | 118 | 33.1 |
| Michigan | | | | | | | | | | | | | |
| Eastern | 639 | 191 | 29.9 | 1 | 0.2 | 69 | 10.8 | 0 | 0.0 | 13 | 2.0 | 365 | 57.1 |
| Western | 226 | 128 | 56.6 | 0 | 0.0 | 26 | 11.5 | 0 | 0.0 | 9 | 4.0 | 63 | 27.9 |
| Ohio | | | | | | | | | | | | | |
| Northern | 829 | 315 | 38.0 | 0 | 0.0 | 165 | 19.9 | 1 | 0.1 | 19 | 2.3 | 329 | 39.7 |
| Southern | 577 | 138 | 23.9 | 4 | 0.7 | 78 | 13.5 | 4 | 0.7 | 122 | 21.1 | 231 | 40.0 |
| Tennessee | | | | | | | | | | | | | |
| Eastern | 538 | 245 | 45.5 | 1 | 0.2 | 147 | 27.3 | 0 | 0.0 | 10 | 1.9 | 135 | 25.1 |
| Middle | 329 | 79 | 24.0 | 0 | 0.0 | 62 | 18.8 | 1 | 0.3 | 9 | 2.7 | 178 | 54.1 |
| Western | 390 | 137 | 35.1 | 2 | 0.5 | 62 | 15.9 | 0 | 0.0 | 1 | 0.3 | 188 | 48.2 |
| **SEVENTH CIRCUIT** | 2,009 | 684 | 34.0 | 7 | 0.3 | 198 | 9.9 | 0 | 0.0 | 75 | 3.7 | 1,045 | 52.0 |
| Illinois | | | | | | | | | | | | | |
| Central | 248 | 71 | 28.6 | 0 | 0.0 | 27 | 10.9 | 0 | 0.0 | 0 | 0.0 | 150 | 60.5 |
| Northern | 546 | 155 | 28.4 | 1 | 0.2 | 49 | 9.0 | 0 | 0.0 | 39 | 7.1 | 302 | 55.3 |
| Southern | 224 | 124 | 55.4 | 4 | 1.8 | 31 | 13.8 | 0 | 0.0 | 6 | 2.7 | 59 | 26.3 |
| Indiana | | | | | | | | | | | | | |
| Northern | 236 | 108 | 45.8 | 0 | 0.0 | 26 | 11.0 | 0 | 0.0 | 3 | 1.3 | 99 | 41.9 |
| Southern | 352 | 147 | 41.8 | 0 | 0.0 | 47 | 13.4 | 0 | 0.0 | 2 | 0.6 | 156 | 44.3 |
| Wisconsin | | | | | | | | | | | | | |
| Eastern | 286 | 49 | 17.1 | 0 | 0.0 | 12 | 4.2 | 0 | 0.0 | 4 | 1.4 | 221 | 77.3 |
| Western | 117 | 30 | 25.6 | 2 | 1.7 | 6 | 5.1 | 0 | 0.0 | 21 | 17.9 | 58 | 49.6 |
| **EIGHTH CIRCUIT** | 4,858 | 2,102 | 43.3 | 37 | 0.8 | 555 | 11.4 | 20 | 0.4 | 89 | 1.8 | 2,055 | 42.3 |
| Arkansas | | | | | | | | | | | | | |
| Eastern | 517 | 268 | 51.8 | 1 | 0.2 | 41 | 7.9 | 0 | 0.0 | 4 | 0.8 | 203 | 39.3 |
| Western | 207 | 80 | 38.6 | 2 | 1.0 | 22 | 10.6 | 0 | 0.0 | 0 | 0.0 | 103 | 49.8 |
| Iowa | | | | | | | | | | | | | |
| Northern | 295 | 167 | 56.6 | 14 | 4.7 | 42 | 14.2 | 0 | 0.0 | 3 | 1.0 | 69 | 23.4 |
| Southern | 328 | 122 | 37.2 | 0 | 0.0 | 41 | 12.5 | 0 | 0.0 | 1 | 0.3 | 164 | 50.0 |
| Minnesota | 375 | 130 | 34.7 | 2 | 0.5 | 38 | 10.1 | 0 | 0.0 | 31 | 8.3 | 174 | 46.4 |
| Missouri | | | | | | | | | | | | | |
| Eastern | 1,011 | 461 | 45.6 | 6 | 0.6 | 85 | 8.4 | 0 | 0.0 | 8 | 0.8 | 451 | 44.6 |
| Western | 783 | 290 | 37.0 | 0 | 0.0 | 153 | 19.5 | 0 | 0.0 | 7 | 0.9 | 333 | 42.5 |
| Nebraska | 440 | 179 | 40.7 | 0 | 0.0 | 10 | 2.3 | 18 | 4.1 | 3 | 0.7 | 230 | 52.3 |
| North Dakota | 327 | 106 | 32.4 | 2 | 0.6 | 117 | 35.8 | 2 | 0.6 | 5 | 1.5 | 95 | 29.1 |
| South Dakota | 575 | 299 | 52.0 | 10 | 1.7 | 6 | 1.0 | 0 | 0.0 | 27 | 4.7 | 233 | 40.5 |

14

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE N | % | DEPARTURE UPWARD N | % | §5K1.1 N | % | §5K3.1 N | % | DOWNWARD N | % | VARIANCE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NINTH CIRCUIT** | **10,694** | **2,794** | **26.1** | **67** | **0.6** | **948** | **8.9** | **3,361** | **31.4** | **564** | **5.3** | **2,960** | **27.7** |
| Alaska | 134 | 34 | 25.4 | 1 | 0.7 | 18 | 13.4 | 0 | 0.0 | 2 | 1.5 | 79 | 59.0 |
| Arizona | 3,836 | 1,239 | 32.3 | 19 | 0.5 | 76 | 2.0 | 1,874 | 48.9 | 59 | 1.5 | 569 | 14.8 |
| California |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Central | 917 | 242 | 26.4 | 5 | 0.5 | 162 | 17.7 | 4 | 0.4 | 55 | 6.0 | 449 | 49.0 |
| Eastern | 444 | 174 | 39.2 | 3 | 0.7 | 80 | 18.0 | 5 | 1.1 | 7 | 1.6 | 175 | 39.4 |
| Northern | 477 | 65 | 13.6 | 3 | 0.6 | 61 | 12.8 | 2 | 0.4 | 12 | 2.5 | 334 | 70.0 |
| Southern | 2,634 | 402 | 15.3 | 19 | 0.7 | 164 | 6.2 | 1,432 | 54.4 | 391 | 14.8 | 226 | 8.6 |
| Guam | 39 | 16 | 41.0 | 0 | 0.0 | 12 | 30.8 | 0 | 0.0 | 0 | 0.0 | 11 | 28.2 |
| Hawaii | 108 | 35 | 32.4 | 0 | 0.0 | 26 | 24.1 | 0 | 0.0 | 1 | 0.9 | 46 | 42.6 |
| Idaho | 304 | 104 | 34.2 | 4 | 1.3 | 51 | 16.8 | 10 | 3.3 | 16 | 5.3 | 119 | 39.1 |
| Montana | 366 | 128 | 35.0 | 1 | 0.3 | 69 | 18.9 | 0 | 0.0 | 4 | 1.1 | 164 | 44.8 |
| Nevada | 271 | 50 | 18.5 | 0 | 0.0 | 14 | 5.2 | 33 | 12.2 | 3 | 1.1 | 171 | 63.1 |
| Northern Mariana Islands | 40 | 30 | 75.0 | 0 | 0.0 | 4 | 10.0 | 0 | 0.0 | 2 | 5.0 | 4 | 10.0 |
| Oregon | 521 | 84 | 16.1 | 9 | 1.7 | 142 | 27.3 | 0 | 0.0 | 3 | 0.6 | 283 | 54.3 |
| Washington |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Eastern | 286 | 81 | 28.3 | 1 | 0.3 | 63 | 22.0 | 0 | 0.0 | 6 | 2.1 | 135 | 47.2 |
| Western | 317 | 110 | 34.7 | 2 | 0.6 | 6 | 1.9 | 1 | 0.3 | 3 | 0.9 | 195 | 61.5 |
| **TENTH CIRCUIT** | **4,863** | **1,999** | **41.1** | **68** | **1.4** | **336** | **6.9** | **586** | **12.1** | **271** | **5.6** | **1,603** | **33.0** |
| Colorado | 378 | 118 | 31.2 | 0 | 0.0 | 67 | 17.7 | 18 | 4.8 | 10 | 2.6 | 165 | 43.7 |
| Kansas | 337 | 162 | 48.1 | 4 | 1.2 | 56 | 16.6 | 5 | 1.5 | 6 | 1.8 | 104 | 30.9 |
| New Mexico | 1,695 | 662 | 39.1 | 12 | 0.7 | 59 | 3.5 | 478 | 28.2 | 117 | 6.9 | 367 | 21.7 |
| Oklahoma |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Eastern | 304 | 208 | 68.4 | 8 | 2.6 | 16 | 5.3 | 0 | 0.0 | 3 | 1.0 | 69 | 22.7 |
| Northern | 635 | 331 | 52.1 | 41 | 6.5 | 58 | 9.1 | 4 | 0.6 | 113 | 17.8 | 88 | 13.9 |
| Western | 682 | 322 | 47.2 | 0 | 0.0 | 32 | 4.7 | 1 | 0.1 | 2 | 0.3 | 325 | 47.7 |
| Utah | 653 | 138 | 21.1 | 1 | 0.2 | 34 | 5.2 | 68 | 10.4 | 12 | 1.8 | 400 | 61.3 |
| Wyoming | 179 | 58 | 32.4 | 2 | 1.1 | 14 | 7.8 | 12 | 6.7 | 8 | 4.5 | 85 | 47.5 |
| **ELEVENTH CIRCUIT** | **4,948** | **2,396** | **48.4** | **14** | **0.3** | **594** | **12.0** | **7** | **0.1** | **69** | **1.4** | **1,868** | **37.8** |
| Alabama |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Middle | 272 | 116 | 42.6 | 0 | 0.0 | 44 | 16.2 | 0 | 0.0 | 7 | 2.6 | 105 | 38.6 |
| Northern | 438 | 238 | 54.3 | 2 | 0.5 | 64 | 14.6 | 0 | 0.0 | 10 | 2.3 | 124 | 28.3 |
| Southern | 237 | 116 | 48.9 | 0 | 0.0 | 37 | 15.6 | 2 | 0.8 | 3 | 1.3 | 79 | 33.3 |
| Florida |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Middle | 1,135 | 521 | 45.9 | 3 | 0.3 | 158 | 13.9 | 1 | 0.1 | 8 | 0.7 | 444 | 39.1 |
| Northern | 259 | 97 | 37.5 | 0 | 0.0 | 50 | 19.3 | 3 | 1.2 | 3 | 1.2 | 106 | 40.9 |
| Southern | 1,341 | 687 | 51.2 | 4 | 0.3 | 102 | 7.6 | 1 | 0.1 | 13 | 1.0 | 534 | 39.8 |
| Georgia |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Middle | 425 | 256 | 60.2 | 0 | 0.0 | 43 | 10.1 | 0 | 0.0 | 4 | 0.9 | 122 | 28.7 |
| Northern | 474 | 139 | 29.3 | 1 | 0.2 | 41 | 8.6 | 0 | 0.0 | 18 | 3.8 | 275 | 58.0 |
| Southern | 367 | 226 | 61.6 | 4 | 1.1 | 55 | 15.0 | 0 | 0.0 | 3 | 0.8 | 79 | 21.5 |

Of the 61,678 National cases, 347 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

## Table 10

### SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
### BY TYPE OF CRIME
### Fiscal Year 2024

#### National

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| Total | 61,331 | 28,038 | 45.7 | 326 | 0.5 | 6,099 | 9.9 | 4,374 | 7.1 | 2,239 | 3.7 | 20,255 | 33.0 |
| Child Pornography | 1,375 | 520 | 37.8 | 3 | 0.2 | 25 | 1.8 | 1 | 0.1 | 44 | 3.2 | 782 | 56.9 |
| Drug Trafficking | 18,164 | 5,177 | 28.5 | 65 | 0.4 | 3,694 | 20.3 | 950 | 5.2 | 737 | 4.1 | 7,541 | 41.5 |
| Firearms | 8,123 | 4,124 | 50.8 | 61 | 0.8 | 447 | 5.5 | 8 | 0.1 | 238 | 2.9 | 3,245 | 39.9 |
| Fraud/Theft/Embezzlement | 5,279 | 2,277 | 43.1 | 17 | 0.3 | 738 | 14.0 | 7 | 0.1 | 191 | 3.6 | 2,049 | 38.8 |
| Immigration | 18,305 | 11,482 | 62.7 | 44 | 0.2 | 162 | 0.9 | 3,386 | 18.5 | 583 | 3.2 | 2,648 | 14.5 |
| Money Laundering | 1,289 | 308 | 23.9 | 3 | 0.2 | 325 | 25.2 | 16 | 1.2 | 77 | 6.0 | 560 | 43.4 |
| Robbery | 1,321 | 529 | 40.0 | 16 | 1.2 | 134 | 10.1 | 1 | 0.1 | 47 | 3.6 | 594 | 45.0 |
| Sex Abuse | 1,429 | 598 | 41.8 | 11 | 0.8 | 59 | 4.1 | 0 | 0.0 | 63 | 4.4 | 698 | 48.8 |
| Other Miscellaneous Offenses | 6,046 | 3,023 | 50.0 | 106 | 1.8 | 515 | 8.5 | 5 | 0.1 | 259 | 4.3 | 2,138 | 35.4 |

#### Eastern New York

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| Total | 727 | 168 | 23.1 | 1 | 0.1 | 127 | 17.5 | 1 | 0.1 | 37 | 5.1 | 393 | 54.1 |
| Child Pornography | 19 | 3 | 15.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 16 | 84.2 |
| Drug Trafficking | 201 | 16 | 8.0 | 1 | 0.5 | 47 | 23.4 | 0 | 0.0 | 12 | 6.0 | 125 | 62.2 |
| Firearms | 65 | 28 | 43.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 5 | 7.7 | 32 | 49.2 |
| Fraud/Theft/Embezzlement | 130 | 36 | 27.7 | 0 | 0.0 | 22 | 16.9 | 0 | 0.0 | 9 | 6.9 | 63 | 48.5 |
| Immigration | 36 | 19 | 52.8 | 0 | 0.0 | 2 | 5.6 | 1 | 2.8 | 0 | 0.0 | 14 | 38.9 |
| Money Laundering | 52 | 5 | 9.6 | 0 | 0.0 | 19 | 36.5 | 0 | 0.0 | 1 | 1.9 | 27 | 51.9 |
| Robbery | 48 | 7 | 14.6 | 0 | 0.0 | 10 | 20.8 | 0 | 0.0 | 3 | 6.3 | 28 | 58.3 |
| Sex Abuse | 18 | 4 | 22.2 | 0 | 0.0 | 1 | 5.6 | 0 | 0.0 | 1 | 5.6 | 12 | 66.7 |
| Other Miscellaneous Offenses | 158 | 50 | 31.6 | 0 | 0.0 | 26 | 16.5 | 0 | 0.0 | 6 | 3.8 | 76 | 48.1 |

Of the 61,678 National cases, 347 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

Of the 727 cases from the Eastern District of New York, no cases were excluded.

SOURCE: U.S. Sentencing Commission, 2024 Datafile, USSCFY24.

16

# QuickFacts
## Health Care Fraud



## Sentences Relative to the Guideline Range

57.0% of sentences for health care fraud were under the *Guidelines Manual*.

- 18.0% were within the guideline range.

- 35.4% were substantial assistance departures.
  - *The average sentence reduction was 69.6%.*

- 0.5% were Early Disposition Program (EDP) departures.[5,6]

- 2.8% were some other downward departure.
  - *The average sentence reduction was 74.1%.*

- 0.3% were upward departures.

43.0% of sentences for health care fraud were variances.

- 42.8% were downward variances.
  - *The average sentence reduction was 56.4%.*

- 0.3% were upward variances.

The average guideline minimum has fluctuated and average sentence imposed has remained steady over the past five years.

- The average guideline minimum increased and decreased throughout the fiscal years. The average guideline minimum was 51 months in fiscal year 2020 and 50 months in fiscal year 2024.

- The average sentence was 30 months in fiscal year 2020 and 27 months in fiscal year 2024.

---

[1] Health care fraud includes cases in which the individual was sentenced under §2B1.1 (Larceny, Embezzlement, and Other Forms of Theft; Offenses Involving Stolen Property; Property Damage or Destruction; Fraud and Deceit; Forgery; Offenses Involving Altered or Counterfeit Instruments Other than Counterfeit Bearer Obligations of the United States) using a *Guidelines Manual* in effect on November 1, 2001 or later and where the offense conduct as described in the Presentence Report involved the defrauding of a government or private health care entity.

[2] Cases with incomplete sentencing information were excluded from the analysis.

[3] The Loss Table was amended effective November 1, 2001 and November 1, 2015.

[4] The Victims Table and Sophisticated Means adjustment were amended effective November 1, 2015.

[5] "Early Disposition Program" (or EDP) departures are departures where the government sought a sentence below the guideline range because the defendant participated in the government's Early Disposition Program, through which cases are resolved in an expedited manner. *See* USSG §5K3.1.

[6] The Commission does not report the average for categories with fewer than three cases.

SOURCE: United States Sentencing Commission, FY 2020 through FY 2024 Datafiles, USSCFY20-USSCFY24.

## Sentences Relative to the Guideline Range



Fiscal Year 2024
Variances (43.0%)
Under the Guidelines Manual (57.0%)

| | |
|---|---|
| Substantial Assistance | 35.4% |
| Within Range | 18.0% |
| Other Downward Departure | 2.8% |
| Early Disposition Program (EDP) | 0.5% |
| Upward Departure | 0.3% |

## Sentences Relative to the Guideline Range by Fiscal Year



Within Range ◆ Substantial Assistance ◆ Other Downward Departure ◆ Variances

## Average Guideline Minimum and Average Sentence (months)



Average Guideline Minimum ◆ Average Sentence



**QuickFacts**

## Health Care Fraud

Fiscal Year 2024
https://www.ussc.gov/research/quick-facts

### Population Snapshot

**61,678 cases** *were reported in FY24;* **395** *involved health care fraud.*[1,2]

**Health care fraud offenses have increased 19.7% since FY20.**

### Number of Health Care Fraud Offenses



### Median Loss for Health Care Fraud Offenses



### Individual and Offense Characteristics

67.8% of individuals sentenced for health care fraud were men.

55.0% were White, 19.2% were Hispanic, 15.4% were Black, and 10.4% were Other races.

Their average age was 50 years.

93.7% were United States citizens.

90.4% had little or no prior criminal history (Criminal History Category I).

The median loss for these offenses was $2,532,314;[3]
- 18.2% involved loss amounts of less than $250,000;
- 19.8% involved loss amounts greater than $9,500,000.

Sentences were increased for:
- the number of victims or the extent of harm to victims (12.4%);[4]
- conviction of a federal health care offense and a loss of more than $1 million (42.5%);
- using sophisticated means to execute or conceal the offense (21.3%);
- using an unauthorized means of identification (7.6%);
- a leadership or supervisory role in the offense (24.8%);
- abusing a public position of trust or using a special skill (29.1%);
- obstructing or impeding the administration of justice (4.1%).

Sentences were decreased for:
- minor or minimal participation in the offense (4.3%).

The top five districts for health care fraud offenses were:
- Southern District of Florida (65);
- District of New Jersey (31);
- Southern District of New York (26);
- Eastern District of New York (17);
- Southern District of Texas (17).

### Punishment

The average sentence for individuals sentenced for health care fraud was 27 months.

74.7% were sentenced to prison.

2.8% were convicted of an offense carrying a mandatory minimum penalty; 54.5% of those individuals were relieved of that penalty.

*This document was produced and published at U.S. taxpayer expense.*