LS
F. #2022R00297

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ERIC ZHU,                                    25-CR-340 (DG)

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Leonid Sandlar from this point

forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should

be sent to:

        Trial Attorney Leonid Sandlar
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6879
        Email: leonid.sandlar@usdoj.gov

        In addition, the Clerk of Court is respectfully requested to ensure that all future

ECF notifications are sent to Trial Attorney Leonid Sandlar at the email address set forth above.

Dated:     Brooklyn, New York
          May 4, 2026

                                        Respectfully submitted,

                                        LORINDA LARYEA
                                        Chief, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice

                              By:        /s/ Leonid Sandlar
                                        Leonid Sandlar
                                        Trial Attorney
                                        U.S. Department of Justice

cc:     Clerk of the Court (DG)
        Counsel of Record