**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:LS
F. #2025R00526

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 12, 2026

<u>By ECF</u>

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Eric Zhu
            <u>Criminal Docket No. 25-340 (DG)</u>

Dear Judge Gujarati:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case on consent of the parties. The government and the defendant, Eric Zhu, have agreed to the terms of the proposed Order following the defendant's guilty plea before the Honorable Marcia M. Henry on November 18, 2025, which Your Honor accepted on December 16, 2025. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:  <u>/s/ Leonid Sandlar</u>
     Leonid Sandlar
     Trial Attorney
     (718) 254-6879

cc:    Counsel of Record (by ECF)

Encl.: Order of Forfeiture