LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

18 Haights Cross Road
CHAPPAQUA, NEW YORK 10514
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

July 8, 2026

Honorable Diane Gujarati
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Eric Zhu</u>
     25 CR. 340 (DG)

Dear Judge Gujarati:

  I represent Defendant Eric Zhu. Mr. Zhu is scheduled to surrender before 2 p.m. on July 20, 2026, to the Federal Prison Camp at FCI Lewisburg in Pennsylvania, to begin serving the fifty-seven-month sentence imposed by Your Honor in the above matter on May 19, 2026. I respectfully seek an Order delaying Ms. Zhu's surrender for thirty days. There have been no prior requests for this relief. The Government does not oppose this application.

  Mr. Zhu seeks this brief delay to conclude several outstanding personal, financial, and family matters. More specifically, Mr. Zhu is actively coordinating with the Government to fully satisfy the outstanding balance due under the forfeiture judgment while working closely with his wife, teaching her to handle the family and business matters that Mr. Zhu historically managed. The short delay will allow the family to complete the reorganization of its financial and household affairs, thereby minimizing the disruption caused by Mr. Zhu's impending incarceration. As the Court is aware, Mr. Zhu is a devoted husband and father of two young children. The additional thirty days will also afford Mr. Zhu an opportunity to celebrate both of his daughters' birthdays (7/16 and 8/6) with his daughters before surrendering.

  I thank the Court for its consideration of this unopposed application.

       Respectfully submitted

       Scott B. Tulman

SBT:ss
cc: Patrick J. Campbell, Esq., AUSA