LAW OFFICES OF

# SCOTT B. TULMAN & ASSOCIATES, PLLC

18 HAIGHTS CROSS ROAD
CHAPPAQUA, NEW YORK 10514
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

August 3, 2026

Honorable Diane Gujarati
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Eric Zhu
>         25 Cr. 340 (DG)

Dear Judge Gujarati:

I am Eric Zhu's attorney.  Eric Zhu was sentenced on May 19, 2026, and pursuant to the Judgment of Conviction, Mr. Zhu has surrendered to the Federal Bureau of Prisons and is currently serving his sentence.

On July 27, 2026, I received a notice from Mr. Zhu's Pretrial Services Officer informing me that if Mr. Zhu seeks to reclaim his surrendered travel document/passport, he or a designated representative must make a request to the Court within 90 days of the termination of the pretrial release order.

By this letter, as Mr. Zhu's designated representative, I respectfully request that Mr. Zhu's passport be returned to me so that I, in turn, can return it to his wife or sister to be held in safekeeping pending Mr. Zhu's release from custody.   The Government does not oppose this relief.

Respectfully submitted,

Scott B. Tulman

SBT:ss

cc:    Patrick Campbell, Esq., AUSA (via email)
       Bianca C. Carter, US Pretrial Services Officer (via email)